UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23560-BB

**VICTOR ARIZA**,

    Plaintiff,

vs.

**IMPOSSIBLE KICKS TWO LLC,**
**d/b/a IMPOSSIBLE KICKS,**
**a Florida limited liability corporation,**

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff and Defendant, through their undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file the necessary dismissal document, dismissing the case with prejudice.

    Dated: January 24, 2023.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By___*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO**<br>**DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com<br><br>By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP**
Counsel for Defendant
111 North Orange Avenue, Suite 1200
Orlando, FL  32801
(407) 973-2111
Leia.leitner@wilsonelser.com

By      */s/ Leia V. Leitner*_____
        LEIA V. LEITNER
        Fla. Bar No. 0105621