UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23560-BB

**VICTOR ARIZA**,

    Plaintiff,

vs.

**IMPOSSIBLE KICKS TWO LLC,
d/b/a IMPOSSIBLE KICKS,
a Florida limited liability corporation,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: February 9, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By  *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, 2023, a true and correct of the foregoing was electronically filed and was served via email on the following:

Leia Leitner, Esq.
WILSON ELSER MOSKNOWITZ
 EDELMAN & DICKER LLP
111 North Orange Avenue, Suite 2300
Orlando, FL  32801
(407) 973-2111
Leia.leitner@wilsonelser.com

*Counsel for Defendant*
*IMPOSSIBLE KICKS TWO LLC*

/s/ *Roderick V. Hannah*
Roderick V. Hannah